# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

JOSE NIEVES-PEREZ
REG. #27078-069                                                                                        PETITIONER

VS.                                            2:10CV00186 JTR

T. C. OUTLAW
Warden, FCI-Forrest City                                                                         RESPONDENT

## JUDGMENT

Pursuant to the Memorandum and Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241 (docket entry #1), is DENIED, and this habeas action is hereby DISMISSED, WITH PREJUDICE.

Dated this 2nd day of June, 2011.

_____
UNITED STATES MAGISTRATE JUDGE